UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-61 (JMB/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELICITY BOROWSKA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **GOVERNMENT'S MOTION TO DISMISS** |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and LeeAnn K. Bell, Assistant United States Attorney, hereby requests that the Court dismiss this case with prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Defendant completed the terms of the Agreement for Pretrial Diversion. Specifically, U.S. Pretrial and Probation Services has confirmed that Defendant was compliant with the conditions of the Agreement for the required term. Thus, per the Agreement, the United States is moving to dismiss with prejudice.

Dated: November 4, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/LeeAnn K. Bell*
BY: LEEANN K. BELL
MN No. 318334
Assistant U.S. Attorney